UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIANA BOYCE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-cv-2693-M |
| | § | |
| PANDA EXPRESS INC., | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER AND FINAL JUDGMENT**

Under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Diana Boyce's case against Defendant Panda Express Inc. for failure to prosecute its case and obey a court Order.

On October 15, 2026, the Court ordered the parties to submit a joint status report within 14 days. ECF No. 15. That deadline passed without compliance from the parties. On November 2, 2026 the Court noted the parties' non-compliance, gave them 7 additional days to comply, and warned that failure to file a status report would result in the Court dismissing this case for want of prosecution and failure to follow a court order. ECF No. 16. The parties still have failed to comply with the Court's orders.

Rule 41(b) allows the Court to "dismiss the action or any claim against" the defendant if "the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). Here, Plaintiff has failed to prosecute her case and has

failed to comply with two of the Court's orders despite a warning that her case would be dismissed if her failure persisted. Therefore, under Federal Rule of Civil Procedure 41(b), the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff Diana Boyce's case against Defendant Panda Express Inc. for Boyce's failure to prosecute his case and failure to comply with the Court's orders.

This is a final judgment. The Clerk's office is directed to close the case.

**IT IS SO ORDERED** this 16th day of November, 2026.

Kasdin M. Mitchell
KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE